No. 1261. SWAYZE *v.* NIERSTHEIMER, WARDEN; and

No. 1266. DI CHIARA *v.* ILLINOIS. Petitions for writs of certiorari to the Supreme Court of Illinois; and

No. 1269. BARNETT *v.* ILLINOIS. Petition for writ of certiorari to the Circuit Court of Will County, Illinois. May 5, 1947. Denied.

No. 1283. PALMER *v.* RAGEN, WARDEN. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1284. MCNAUGHTON *v.* RAGEN, WARDEN. May 5, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1346. FRANCIS *v.* RESWEBER, SHERIFF; and

No. 140, Misc. FRANCIS *v.* RESWEBER, SHERIFF, ET AL. See *ante,* p. 786.

No. 1294. DOBBS *v.* MISSISSIPPI. See *ante,* p. 787.